IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND



| | |
|---|---|
| HARROD'S LIMITED | * |
| Plaintiff(s) | * Civil Action No. MJG 00 CV 464 |
| vs. | * |
| | * ✓ FEE PAID |
| ONE HUNDRED NINETY-TWO | * |
| INTERNET DOMAIN NAMES | * ___ FEE NOT PAID |
| Defendant(s) | * (SEND LETTER) |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 101.1.(b) of this Court, Rodney H. Glover, Esquire a member of the Bar of this Court, moves the admission of Attison L. Barnes, III, Esquire to appear pro hac vice in the captioned proceeding as counsel for Defendants ONE HUNDRED NINETY-TWO INTERNET DOMAIN NAMES.

Movant and the proposed admittee respectfully certify as follows:

1) The proposed admittee is a member in good standing of the Bars of the State of Virginia and the District of Columbia and/or the following United States Courts: Fourth Circuit Court of Appeals, D.C. Circuit Court of Appeals, Tenth Circuit Court of Appeals, and the United States District Courts for the Eastern District of Virginia and the District of Columbia.

2) During the twelve (12) months immediately preceding the filing of this motion, the proposed admittee has not been admitted pro hac vice in this court.

3) The proposed admittee has never been disbarred, suspended, or denied admission to practice.

4) The proposed admittee is familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the District of Maryland, the Federal Rules of

---

EFFECTIVE 7/1/95 - $50.00 FILING FEE (non-refundable) REQUIRED FOR PRO HAC VICE ADMISSION PAYABLE TO
CLERK U.S. DISTRICT COURT

Revised 6/98

Evidence, and the Rules of Professional Conduct, and understands that he/she shall be subject to the disciplinary jurisdiction of this Court.

5)   Co-counsel for the proposed admittee in this proceeding will be the undersigned, who has been formally admitted to the Bar of this Court.

6)   It is understood that admission pro hac vice does not constitute formal admission to the Bar of this Court.

Respectfully submitted

MOVANT:                                                PROPOSED ADMITTEE
_____                              _____
Signature                                              Signature

Gardner, Carton & Douglas                              Gardner, Carton & Douglas
1301 K Street, N.W.                                    1301 K Street, N.W.
Suite 900 East Tower                                   900 East Tower
Washington, D.C. 20005                                 Washington, D.C. 20005
Address                                                Address

(202) 408-7156                                         (202 408-7202
Office Phone Number                                    Office Phone Number

(202) 289-1504                                         (202) 289-1504
Fax Number                                             Fax Number

7780
Md. U.S. District Court Number

**ORDER**

Motion ___✓___ GRANTED

Motion _____ GRANTED subject to payment of $50.00 filing fee to Clerk of Court.

Motion _____ DENIED

_8/30/00_____                                _____
Dated                                                  Judge, U.S. District Court

2