ORIGINAL

$50 FEE PAID
# 170244 FEE NOT PAID
(SEND LETTER)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| Harrods Limited | * | |
| **Plaintiff(s)** | * | |
| | | Case No.: ___00-CV-464___ |
| **vs.** | * | |
| One Hundred Ninety | * | |
| **Defendant(s)** | | |
| | ****** | |

## MOTION FOR ADMISSION *PRO HAC VICE*

I, __George Calhoun_____, am a member in good standing of the bar of this Court.  My bar number is __MD 025018_____.  I am moving the admission of

__Stewart Baker_____ to appear *pro hac vice* in this case as

counsel for __One Hundred Ninety-Two Internet Domain Names_____.

We certify that:

1.      The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| **Court** | **Date of Admission** |
|---|---|
| California | 1977 |
| District of Columbia | 1979 |
| | |
| | |
| | |
| | |

2.      During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court __0__ times.

3.      The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction.   (NOTE: If the proposed admittee has been disbarred, suspended, or denied

admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts).

4.      The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

5.      The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

6.      Either the undersigned movant or _____, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

7.      **The $50.00 fee for admission *pro hac vice* is enclosed.**  (Payment may be made by check or money order payable to: Clerk, United States District Court or by major credit card.)

Respectfully submitted,

MOVANT

Signature

 George Calhoun
Printed Name

 Steptoe & Johnson LLP
Firm

 1330 Connecticut Ave., N.W.
 Washington, DC  20036
Address

 202-429-3000
Telephone Number

 202-429-3902
Fax Number

PROPOSED ADMITTEE

Signature

 Stewart A. Baker
Printed Name

 Steptoe & Johnson LLP
Firm

 1330 Connecticut Ave., N.W.
 Washington, DC  20036
Address

 202-429-3000
Telephone Number

 202-429-3902
Fax Number

**************************************************************************

## ORDER

☒ GRANTED          ☐ DENIED

 11-21-02
Date

Felicia C. Cannon

**Clerk, United States District Court**

by Felicia Staver

U.S. District Court (Rev. 11/29/2001) - Pro Hac Vice

Page 2 of 2

# CERTIFICATE OF SERVICE

I, Alice E. Loughran, hereby certify that on November 15, 2002, I caused a true and correct copy of the foregoing Appearance and Pro Hac Vice Application to be served on counsel for all parties by U.S. mail, postage prepaid:

> Ralph A. Taylor, Jr.
> Dorsey & Whitney LLP
> 1001 Pennsylvania Ave NW
> Suite 400 South
> Washington, DC 20004-2533
>
> Joe R. Reeder
> Greenberg Traurig LLP
> 800 Connecticut Av., NW
> Suite 500
> Washington, D.C. 20006
>
> Rodney Holman Glover
> Wiley Rein & Fielding
> 1776 K Street, N.W.
> Washington, D.C. 20005
>
> Scott J. Pivnick
> Pillsbury Winthrop LLP
> 1133 Connecticut Av., NW
> 12th Floor
> Washington, D.C. 20036
>
> William Paul Atkins
> P.O. Box 42514
> Washington, D.C. 20015

Alice E. Loughran
Steptoe & Johnson LLP
1330 Connecticut Av., N.W.
Washington, D.C. 20036
(202) 429-6202

Dated:   November 15, 2002

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

Harrods Limited           *

        **vs.**          *       **Case No.**   00-CV-464

One Hundred Ninety-Two Internet    *
Domain Names               *******

## ENTRY OF APPEARANCE

### TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Enter my appearance as counsel in this case for:

       Defendant

I certify that I am admitted to practice in this court.

_11/15/02_                                  _[signature]_
*Date*                                    *Signature of Counsel*

George Calhoun      MD 025018
*Print Name*                 *Bar Number*

1330 Connecticut Avenue, N.W.
*Address*

Washington, DC    20036
*City/State/Zip*

202-429-3000       202-429-3902
*Phone No.*                    *Fax No.*