IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

HARRODS LIMITED,

    Plaintiff,

v.   Case No. MJG-00-464

ONE HUNDRED NINETY TWO INTERNET
DOMAIN NAMES,

    Defendants.

## CONSENT ORDER OF JUDGMENT

Upon agreement of the parties as evidenced by the signatures below of their respective counsel of record, it is hereby

ORDERED, that judgment be and hereby is entered in favor of plaintiff Harrods Limited as to all defendants; and it is further

ORDERED, that under 15 U.S.C.A. § 1125(d)(2)(D), Alabanza, Inc. transfer to plaintiff, within eleven (11) days of the date of this Order, all of the defendant Domain Names listed in Attachment A, which is incorporated herein by this reference; and it is further

ORDERED, that each party shall bear its own fees and costs.

The Clerk is directed to enter judgment in favor of plaintiff Harrods Limited pursuant to Fed. R. Civ. P. 58, and forward copies of this Order to counsel of record and to Alabanza, Inc., 10 E. Baltimore Street, Suite 1300, Baltimore, Maryland 21202.

THIS IS A FINAL ORDER.

_____  12/23/02
Marvin J. Garbis
United States District Judge



Asked for and Consented to by:

HARRODS LIMITED, Plaintiff

BY: /s/ Ralph A. Taylor, Jr.
Ralph A. Taylor, Jr. (#04509)
Dorsey & Whitney LLP
1001 Pennsylvania Ave., N.W.
Suite 400 South
Washington, DC  20004-2533

Its Counsel


ONE HUNDRED NINETY TWO INTERNET
 DOMAIN NAMES, Defendants

BY: /s/ George Calhoun
George Calhoun (# 025018)
Steptoe & Johnson LLP
1330 Connecticut Ave., N.W.
Washington, D.C.  20036

Their Counsel